# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

*Order Entered December 4, 1985:*

PEOPLE V ANTHONY BRADSHAW, No. 77142. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decision in *People v Carter*, 96 Mich App 694 (1980), is considered. In light of the fact that no application for leave to appeal has been filed and the fact that the Court has granted leave to appeal in *People v Sturgis*, No. 72979, and *People v Kester*, No. 72865, in which this same issue is to be argued, the Supreme Court declines to take any further action.

*Rehearings Denied December 6, 1985:*

PEOPLE V RAMSEY, No. 67269. Reported at 422 Mich 500.

LEVIN and CAVANAGH, JJ., would grant rehearing for reasons stated in dissent to the opinion of the Court and for reasons stated in the motion for rehearing.

BOSAK V HUTCHINSON, Nos. 71366, 72467-72468. Reported at 422 Mich 712.

*Leave to Appeal From Attorney Discipline Board Denied December 11, 1985:*

GRIEVANCE ADMINISTRATOR V REIBEL, No. 76088. LEVIN, J., would reduce the suspension to one year.

*Summary Disposition December 13, 1985:*

PEOPLE V GUY TAYLOR, No. 64115. The judgment of the Detroit Recorder's Court is vacated and the cause is remanded to that court for entry of a judgment of conviction of assault with intent to do great bodily harm less than the crime of murder, MCL 750.84; MSA 28.279, and for resentencing. Reported at 422 Mich 554.

*Rehearing Denied December 13, 1985:*

PEOPLE V DUNBAR, No. 67726. Reported at 423 Mich 380.